AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| Marek Bryzski, individually, and on behalf of all others similarly situated, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| New York Insulation, Inc., New York Insulation, LLC and Anthony Cardinale, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 19-cv-7421

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anthony Cardinale
58-48 59th Street, 2nd Floor
Maspeth, New York 11378

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 334
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  August 9, 2019 _____        /S/  S.  James _____

*Signature of Clerk or Deputy Clerk*