

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

November 21, 2019

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**MEMO ENDORSED**

Re: **Bryzski v. New York Insulation, Inc., et al.**
**Civil Docket No.: 19-cv-7421 (PGG)**

Dear Judge Gardephe:

This office represents the Plaintiff in the above captioned matter. On November 18, 2019, the parties reached a settlement in principal. The parties respectfully request a thirty (30) day adjournment on all proceedings while a settlement agreement is drafted and submitted to the Court for approval. Specifically, the parties respectfully request that the Court adjourn the deadline for the mediation and the December 2, 2019 conference. This is the parties first request for an adjournment of the above-mentioned deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

SLATER SLATER SCHULMAN LLP

*John C. Luke, Jr.*
John C. Luke, Jr.

cc: David Canfield, Esq. **(VIA ECF)**

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter the Initial Case Management Conference scheduled for December 2, 2019 is hereby adjourned sine die.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
11/22/2019

www.sssfirm.com

MANHATTAN | LONG ISLAND | PENNSYLVANIA | NEW JERSEY

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300