SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

November 4, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
MAREK BRYZSKI,

                     Plaintiff,

   -against-

NEW YORK INSULATION, INC, NEW YORK
INSULATION, LLC and ANTHONY CARDINALE,
                Defendants.
-------------------------------------- x

Docket No.:
1:19-cv-07421 (PGG) (KHP)

**DISMISSAL PURSUANT TO Fed. R. Civ. P. 41**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that the above-captioned action is hereby dismissed in its entirety, and with no award of attorneys' fees, costs or disbursements to any party; however, if Defendants fail to make timely payment under the Settlement Agreement and Release, Plaintiff shall be entitled to vacate this Dismissal and restore the action to active status upon application made within 45 days hereof; and

    **IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as an original.

Dated: November 2, 2021

| SLATER SLATER SCHULMAN LLP | CANFIELD RUGGIERO LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| John C. Luke, Jr. | David J. Canfield |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 445 Broad Hollow Road, Suite 419 | 1461 Franklin Avenue, #LL-1 |
| Melville, New York 11747 | Garden City, New York 11530 |
| Tel.: (631) 420-9300 | (516) 294 - 4180 |
| **SO ORDERED:** | |
| Dated: _____, 2021<br>New York, New York | |